**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

RONALD LEONARD,
    Plaintiff,　　　　　　　　　　　　Civil Action No.1:13-cv-97

vs.　　　　　　　　　　　　　　　　　Spiegel, J.
　　　　　　　　　　　　　　　　　　　Bowman, M.J.

SMOOT,
    Defendants.

**ORDER**

This matter is before the Court on Plaintiff's motion to compel discovery of production of security surveillance, camera's video tape, motion requesting clerk to Issue Plaintiff subpoena for US Marshall's service, motion for discovery plan and conference (Doc. 2). Plaintiff's motions(s) are not well-taken. Notably, subsequent to the filing of the instant motion, Plaintiff filed motion for leave to proceed *in forma pauperis.* Plaintiff's motion for IFP remains pending; as such, this matter has yet to be served on Defendant. Accordingly, Plaintiff's instant motion (Doc. 2) is premature and is therefore **DENIED.**

    **IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　*s/Stephanie K. Bowman*
　　　　　　　　　　　　　　　　　　　　　　　　　　Stephanie K. Bowman
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge